JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ANTHONY CABRERA,<br><br>        Plaintiff,<br><br>        v.<br><br>WEST VALLEY DETENTION CENTER, et al.,<br><br>        Defendants. | No. 5:19-cv-00484-MWF (JDE)<br><br>JUDGMENT |

Pursuant to the Order Dismissing Complaint, IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: July 17, 2019

                                                          /s/ Michael W. Fitzgerald<br>
                                     MICHAEL W. FITZGERALD<br>
                                       United States District Judge